### 61419. MITCHELL v. THE STATE.

BANKE, Judge.

The appellant was convicted of armed robbery. His appointed counsel has moved to withdraw and asks that the appeal be dismissed pursuant to the procedure set out in Anders v. California, 386 U. S. 738 (87 SC 1396, 18 LE2d 493) (1966). We have carefully examined the record and transcript and are satisfied the appeal is frivolous. Accordingly, counsel is granted permission to withdraw, and the appeal is dismissed.

*Appeal dismissed. Deen, P. J., and Carley, J., concur.*

DECIDED JANUARY 5, 1981.

*C. Bradford Sears, Jr.,* for appellant.
*William F. Lee, Jr., District Attorney,* for appellee.